IN THE BANKRUPTCY COURT
OF THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) Chapter 13 Bankruptcy |
| | ) |
| Michael, Cynthia | ) Case No. 24-52057 |
| Debtor | ) |
| | ) |
| | ) Judge Koschik |
| | ) |
| | ) |
| | ) **CERTIFICATE OF SERVICE** |
| | ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

I CERTIFY that, on 02/24/2025, a true and correct copy of the AMENDED Plan, Schedule I and J, 106Sum, and 106Dec has been sent via CERTIFIED FIRST-CLASS MAIL pursuant to Rule 7004(h) to:

Capital One, N.A.
for Capital One Auto Finance
Attn: Officer or Managing Agent
7933 Preston Rd
Plano, TX 75024

I CERTIFY that, on 02/24/2025, a true and correct copy of the AMENDED Plan, Schedule I and J, 106Sum, and 106Dec has been sent via FIRST-CLASS MAIL to:

Beckett & Lee LLP
for American Express
PO Box 3001
Malvern, PA 19355-0701

Capital One / Menards
PO Box 31293
Salt Lake City, UT 84131-1293

JPMC c/o Nat'l Bky Srvs
PO Box 9013
Addison, TX 75001

Citicards CBNA
5800 South Corporate Place
Sioux Falls, SD 57108

City of Cuyahoga Falls, OH
2310 Second Street
Cuyahoga Falls, OH 44223

Front & Center Ltd
PO Box 429
Bath, OH 44210

Huntington Bank
Po Box 89424
Cleveland, OH 44101

Huntington MTG Group
PO BOx 1558
Dept EAW 25
Columbus, OH 43216-1558

Huntington National Bank
ATTN Credit Bureau Disputes
Columbus, OH 43216

Kohls/Capital One
PO Box 3115
Milwaukee, WI 53201

Ohio Department of Taxation
Bankruptcy Div
PO Box 530
Columbus, OH 43216

SBA Office of Gen Counsel
65 E State St. Ste 1350
Columbus, OH 43215

SYNCB / Care Credit
PO Box 71757
Philadelphia, PA 19176-1757

SYNCB / JC Penney
PO Box 71729
Philadelphia, PA 19176

Syncb / JCPenney
PO Box 71729
Philadelphia, PA 19176

SYNCB / Lowes
PO Box 71727
Philadelphia, PA 19176-1727

SYNCB / Paypal
PO Box 71727
Philadelphia, PA 19176-1727

US Bank N/A
Bankruptcy Dept
PO Box 108
St. Louis, MO 63166-0108

Wells Fargo Bank NA
PO Box 14517
Des Moines, IA 50306

Wells Fargo Card Services
PO Box 14517
Des Moines, IA 50306

I CERTIFY that, on 02/24/2025, a true and correct copy of the AMENDED Plan, Schedule I and J, 106Sum, and 106Dec has been sent via EMAIL to:

Seth Greenhill
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing at:
seth.greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com

Trustee Keith Rucinski at:
efilings@ch13akron.com

/s/ C Jason Baab__

Carl Jason Baab
Heydorn & Crull
198 Portage Trail Ext. W Ste 100B
Cuyahoga Falls, OH 44223
813-956-4920
#103744
